

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00346-CR

Steve **KOU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8622
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, our August 16, 2017 opinion and judgment are withdrawn and our opinion and judgment of this date are substituted in their stead. The trial court's judgment is AFFIRMED.

SIGNED November 1, 2017.

Luz Elena D. Chapa, Justice